**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02212-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

LOVE ALTONIO BROOKS,

      Applicant,

v.

WARDEN C. DANIELS,

      Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant has submitted a *pro se* Application for a Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2241.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  Any papers that the Applicant files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    <u>X</u>    is not submitted
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing
(4)    <u>X</u>    is missing certificate showing current balance in prison account (account
                  statement must be certified)
(5)    ___    is missing required financial information
(6)    ___    is missing an original signature by the prisoner
(7)    ___    is not on proper form (must use the court's current form)
(8)    ___    names in caption do not match names in caption of complaint, petition or

habeas application

(9)    X    other: <u>Motion is necessary only if $5.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:

(10)   __    is not submitted
(11)   __    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    names in caption do not match names in text
(16)   __    addresses must be provided for all defendants/respondents in "Section A.
             Parties" of complaint, petition or habeas application
(17)   __    other:

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED August 21, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge